No. 969, Misc. WOLFF v. FOLEY. Sup. Ct. Cal. Certiorari denied. *Henry F. Walker* for respondent. *Thomas C. Lynch,* Attorney General, *Miles J. Rubin,* Senior Assistant Attorney General, *Loren Miller, Jr.,* Deputy Attorney General, for the State of California, in opposition.

No. 1014, Misc. FEELEY v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Clifford L. Schaffer,* Deputy Attorney General, for respondent.

No. 1030, Misc. WEST v. McMANN, WARDEN. C. A. 2d Cir. Certiorari denied. *Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *Joel Lewittes,* Assistant Attorney General, for respondent.

No. 1040, Misc. JACKSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Kirby W. Patterson* for the United States.

No. 1065, Misc. THORPE v. FLORIDA. Sup. Ct. Fla. Certiorari denied. *Earl Faircloth,* Attorney General of Florida, and *Charles W. Musgrove,* Assistant Attorney General, for respondent.

No. 1093, Misc. BONEY v. ILLINOIS. Sup. Ct. Ill. Certiorari denied. *William G. Clark,* Attorney General of Illinois, and *John J. O'Toole* and *Donald J. Veverka,* Assistant Attorneys General, for respondent.